[Nos. 18791–1–I; 19611–1–I.   Division One.   October 5, 1987.]

THOR AUGUSTSON, ET AL, *Respondents*, v. KING COUNTY,
ET AL, *Appellants*.

GEORGE KING, *Respondent*, v. KING COUNTY,
ET AL, *Appellants*.

GENE MONROE, ET AL, *Respondents*, v. KING COUNTY,
ET AL, *Appellants*.

Appeals from judgments of the Superior Court for King County, Nos. 86–2–06152–5, 86–2–13071–3, Nancy A. Holman and Jim Bates, JJ., entered July 2 and October 28, 1986. *Affirmed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Williams and Pekelis, JJ.

[No. 18238–2–I.   Division One.   January 25, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC L.
COLLICOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–1–00946–5, Stuart C. French, J., entered March 11, 1986. *Reversed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Williams, J.